IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY EARL LANG**                                                                                    **PLAINTIFF**

**VERSUS**                                                                         **CAUSE NO. 1:13CV12-LG-JMR**

**CITY OF GULFPORT, MISSISSIPPI;**
**JUDGE FELICIA DUNN BURKES; and**
**GULFPORT MUNICIPAL COURT**                                                                 **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITH PREJUDICE** until such time as *pro se* Plaintiff Bobby Earl Lang successfully has the convictions invalidated via appeal, post conviction relief, habeas, or otherwise. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 18th day of June, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE